AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 11, 2023**

SEAN F. McAVOY, CLERK

ANDREW STAWICKI

*Plaintiff*

v.

SHERIFF CLAY MEYERS, SUPERINTENDENT STEPHEN PANITTONI, LT. EDWARD BUNTIN, SGT. FERNANDO CONTRERAS, OFFICER SCOTT HOLT, SGT. DIRK KIVI, CHIEF PROSECUTOR GREGORY I. ZEMPLE, DEPUTY PROSECUTING ATTORNEY CRAIG JURIS, SGT. JEFF BARNSLEY, and KITTITAS COUNTY

*Defendant*

Civil Action No. 1:22-cv-03154-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Order Filed at ECF No. 17, this action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON.

Date: 4/11/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza